Gwen Rutar Mullins, Esq.
Nevada Bar No. 3164
Wade B. Gochnour, Esq.
Nevada Bar No. 6314
Thomas W. Davis, II, Esq.
Nevada Bar No. 2531
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail Address: grm@h2law.com
 wbg@h2law.com
 twd@h2law.com

*Attorneys for Las Vegas Paving Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENISE H. REYMORE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS PAVING CORPORATION, a Nevada corporation; DOE individuals I-X; and ROE corporations I-X, inclusive;<br><br>Defendants. | Case No.: 2:12-cv-02156-GMN-PAL |

### STIPULATION AND ORDER OF DISMISSAL OF CASE WITH PREJUDICE

Plaintiff, DENISE H. REYMORE ("Reymore"), by and through her counsel of record, H. Stan Johnson, Esq. and Brian A. Morris, Esq. of the law firm of COHEN-JOHNSON, LLC and Defendant LAS VEGAS PAVING CORPORATION ("LVPC"), by and through its counsel of record, Gwen Rutar Mullins, Esq., Wade B. Gochnour, Esq., and Thomas W. Davis, Esq. of the law firm HOWARD & HOWARD ATTORNEYS PLLC, HEREBY

1  STIPULATE AND AGREE that the above-referenced action and all claims, counterclaims or
2  other causes of action that are, or could have been asserted herein by Reymore against LVPC
3  be dismissed with prejudice.

4   IT IS FURTHER STIPULATED AND AGREED that each party bears its own
5  attorneys' fees and costs associated with this action.

6   IT IS FURTHER STIPULATED AND AGREED that to date no Order setting civil
7  trial has been issued.

8   IT IS FURTHER STIPULATED AND AGREED that an Order approving this
9  Stipulation may be entered.

11  HOWARD & HOWARD ATTORNEYS PLLC    COHEN-JOHNSON, LLC

_____    _____
GWEN RUTAR MULLINS, ESQ.      H. Stan Johnson, Esq.
Nevada Bar No. 003146          Nevada Bar No. 000265
WADE B. GOCHNOUR, ESQ.      Brian A. Morris, Esq.
Nevada Bar No. 006314          Nevada Bar No. 011217
Thomas W. Davis, II, Esq.         255 E. Warm Springs Road, Ste. 100
Nevada Bar No. 2531           Las Vegas, Nevada 89119
3800 Howard Hughes Pkwy, Ste. 1000    *Attorneys for Denise H. Reymore*
Las Vegas, Nevada 89169        Dated: 9/6/13
*Attorneys for Defendant*
*Las Vegas Paving Corporation*
Dated: 9-18-2013

## ORDER

Pursuant to the Stipulation entered above,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced action and all claims, counterclaims or other causes of action that are, or could have been asserted herein by Reymore against LVPC, be and hereby are dismissed with prejudice.

Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
(702) 257-1483

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party bears its own attorneys' fees and costs associated with this action.

**DATED** this 27th day of September, 2013.

_____
Gloria M. Navarro
United States District Judge

Respectfully Submitted by:

HOWARD & HOWARD ATTORNEYS PLLC

_____
GWEN RUTAR MULLINS, ESQ.
Nevada Bar No. 3146
WADE B. GOCHNOUR, ESQ.
Nevada Bar No. 6314
Thomas W. Davis, II, Esq.
Nevada Bar No. 2531
3800 Howard Hughes Parkway, Ste. 1000
Las Vegas, Nevada 89169
*Attorneys for Defendant*
*LAS VEGAS PAVING CORPORATION*

2378185.v1